# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **BAIS YAAKOV OF SPRING VALLEY,** on behalf of itself and all others similarly situated, | CASE NO. 8:11CV218 |
| Plaintiff, | ORDER AND FINAL JUDGMENT |
| v. | |
| **TEK INDUSTRIES, INC., d/b/a ACCUCUT,** | |
| Defendant. | |

This matter is before the Court on the parties' joint Stipulation for Dismissal with Prejudice (Filing No. 24). The stipulation complies with the requirements of Federal Rule of Civil Procedure 41(a)(1)(A)(ii), and the Court concludes that it should be approved. The parties will pay their own costs. Accordingly,

IT IS ORDERED:

1. The parties' joint Stipulation for Dismissal with Prejudice (Filing No. 24) is approved;

2. This case is dismissed, with prejudice; and

3. The parties will pay their own costs.

Dated this 21st day of May, 2012.

BY THE COURT:

s/Laurie Smith Camp
Chief United States District Judge